Nos. 895, 896 and 897. CLEVELAND *v.* UNITED STATES;

No. 898. DARGER *v.* UNITED STATES;

No. 899. JESSOP *v.* UNITED STATES;

No. 900. DOCKSTADER *v.* UNITED STATES;

No. 901. STUBBS *v.* UNITED STATES;

No. 902. PETTY *v.* UNITED STATES;

No. 903. CHATWIN *v.* UNITED STATES;

No. 904. ZITTING *v.* UNITED STATES; and

No. 905. CHRISTENSEN *v.* UNITED STATES. March 12, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. O. A. Tangren* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 146 F. 2d 730.

No. 815. SECURITIES & EXCHANGE COMMISSION *v.* OKIN. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* and *Mr. Roger S. Foster* for petitioner. *Mr. Samuel Okin* for respondent.

No. 914. BOWLES, PRICE ADMINISTRATOR, *v.* SEMINOLE ROCK & SAND Co. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for petitioner. *Messrs. Robert Ruark, Bennett H. Perry, Robert H. Anderson* and *J. M. Hemphill* for respondent.

No. 932. TRUST UNDER THE WILL OF BINGHAM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. March 12,

**836**

1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George E. Cleary* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *L. W. Post* for respondent.

No. 853. AKINS *v.* TEXAS. March 26, 1945. Petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. *Messrs. A. S. Baskett* and *W. J. Durham* for petitioner. *Grover Sellers,* Attorney General, *Benjamin T. Woodall,* Assistant Attorney General, and *Mr. Ernest S. Goens* for respondent.

No. 837. AMERICAN TOBACCO CO. ET AL. *v.* UNITED STATES;

No. 838. LIGGETT & MYERS TOBACCO CO. ET AL. *v.* UNITED STATES; and

No. 840. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* UNITED STATES. March 26, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the question whether actual exclusion of competitors is necessary to the crime of monopolization under § 2 of the Sherman Act. The CHIEF JUSTICE, MR. JUSTICE REED, and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Messrs. George W. Whiteside* and *Milton Handler* for petitioners in No. 837. *Messrs. Bethuel M. Webster* and *Francis H. Horan* for petitioners in No. 838. *Messrs. Harold F. McGuire, B. S. Womble, Thomas Turner Cooke* and *Richard C. Stoll* for petitioners in No. 840. *Solicitor General Fahy, Assistant Attorney General Berge* and *Mr. Robert L. Stern* for the United States. Reported below: 147 F. 2d 93.